JAMES G. RICE, Oregon State Bar ID Number 824884
Deputy City Attorney
Email: Jim.Rice@portlandoregon.gov
Office of City Attorney
1221 SW 4th Avenue, Rm 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Attorney for Defendant City of Portland, Dane Reister and Michael Reese

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WILLIAM KYLE MONROE,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF PORTLAND, by and through the Portland Police Bureau; DANE REISTER, fka Daryl Wayne Reister, Jr.; and MICHAEL REESE,<br><br>DEFENDANTS. | 3:13-cv-00625-HA<br><br>STIPULATED JUDGMENT OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendants hereby stipulate as follows:

1. For the reason that plaintiff's Complaint has been fully compromised and released, plaintiff hereby dismisses his Complaint in the above-captioned matter.

2. All parties hereto agree that the dismissal stipulated herein is with prejudice, and that no costs or disbursements or attorneys' fees will be assessed against any party.

IT IS SO STIPULATED:

_____
Thane W. Tienson, OSB #773741
Attorney for Plaintiff

Dated: 6-18-13

_____
James G. Rice, OSB #824884
Of Attorneys for Defendants
City of Portland, Dane Reister and
Michael Reese
Dated: 21 June 2013

Page 1 – STIPULATED JUDGMENT OF DISMISSAL